1

O

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  DARLEN LEE,                          )       CASE NO. CV SA CV 09-00104 RZ
                                         )
12                  Plaintiff,           )
                                         )       JUDGMENT OF REMAND
13          vs.                          )
                                         )
14  COMMISSIONER OF SOCIAL               )
    SECURITY ADMINISTRATION,             )
15                                       )
                    Defendant.           )
16  _____ )

17          In accordance with the Memorandum Opinion and Order filed concurrently

18  herewith,

19          IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

20  of Social Security is reversed and the  matter is remanded to the Commissioner for further

21  proceedings consistent with the Memorandum Opinion.

22

23          DATED:  January 25, 2010

24

25          _____
                    RALPH ZAREFSKY
26          UNITED STATES MAGISTRATE JUDGE

27

28