**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for **Darlen Lee**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLEN LEE,<br><br>　　Plaintiff,<br><br>　　v<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　Defendant. | No. SACV 09-00104 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES AND COSTS |

　　Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

　　IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS NO CENTS ($3,800.00) and costs in the amount of THREE HUNDRED SIXTY-EIGHT DOLLARS and FIFTY-FIVE CENTS ($368.55), as authorized by 28 U.S.C. §§ 1920 and 2412(d). ~~and subject to the terms of the Stipulation.~~

　　Dated: February 25, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1